# MEMORANDUM OF UNDERSTANDING

## I.    INTRODUCTION

This Memorandum of Understanding ("MOU") between the Public Service Commission of Maryland ("Commission") and the Baltimore Gas & Electric Company ("Utility") memorializes the understanding that the Utility voluntarily will develop, implement and consistently report on their activities and accomplishments in promoting a strategy designed to create viable and prosperous women, minority, and service-disabled-veteran-owned business enterprises ("Diverse Suppliers") by providing them with the maximum opportunity to participate in and compete for contracts and subcontracts in the Utility's supply chain for goods and services that support the Utility and to encourage and assist, when reasonable, its Prime Contractors to develop plans to increase the utilization of Diverse Suppliers as Subcontractors. The Utility's activities shall be conducted consistent with reasonable and competitive procurement practices and consistent with the Utility's primary public service obligation to ensure that utility services are provided to the ratepayers in the state of Maryland at just and reasonable rates.

The goal of the Utility shall be to award 25% of the Utility's total dollar spend for Company contracts, subcontracts, and purchase orders for products and services governed by this MOU to Diverse Suppliers. While the Commission and the Utility acknowledge that this is an aggressive goal and that no specific timetable is set to accomplish this goal, the Utility commits to using its best efforts to meet the 25% goal. The Commission and the Utility anticipate that the Utility will consistently work towards this goal; however the Commission and the Utility recognize that progress towards the goal is dependent upon, and affected by, the availability of competitive Diverse

# MEMORANDUM OF UNDERSTANDING

Suppliers. The Commission and the Utility agree that in its efforts to achieve its Diverse Supplier objectives, the Utility shall not be limited to Maryland based Diverse Suppliers.

To implement this strategy, the Company will develop and implement procedures and reporting requirements consistent with this MOU to ensure that Diverse Suppliers have the maximum opportunity to compete for the Utility's contracts and subcontracts for the purchase of all goods and services governed by this MOU, including, but not limited to, equipment, supplies, materials, construction ventures, legal, accounting and financial services, technology-related research and development, testing, and other procurable goods and services and to encourage and assist, where reasonable, its Prime Contractors to develop plans to increase the utilization of Diverse Suppliers as Subcontractors. This MOU supersedes and replaces, in its entirety, any and all memoranda previously executed by the Utility and the Commission regarding this matter and is applicable until amended, terminated, or replaced by a new MOU or state or federal law.

Through this MOU, the Utility renews its commitment to facilitate contracting opportunities for Diverse Suppliers. The Company agrees to review both its existing procurement and Diverse Supplier procurement programs on an annual basis, and, where needed, modify its programs and inform the Diverse Supplier community of changes in a timely fashion, with the goal of further ensuring that Diverse Suppliers will have the maximum opportunity to participate and succeed in the competition for contracts for goods and services. Finally, the Utility and the Commission agree that this MOU may be revised from time to time, with the consent of both parties, as experience is gained in its application.

# MEMORANDUM OF UNDERSTANDING

## II.     STANDARDS

### 1. General

1. 1.     Intent1.1.1.     Economic Impact. This MOU shall not be used to require Diverse Suppliers to accept contractual provisions at wages for the Diverse Suppliers' employees that are less than the prevailing wage for the type of service provided.  Similarly, this MOU shall not be used to require the Utility to accept anything other than the lowest qualified bid.

1.1.2.     Revisions of Scope-This MOU may be revised on the basis of experience gained in its application and/or changes in legislation.  Either the Utility or the Commission Staff may petition the Commission for the purpose of amending this MOU.  Any such petition shall clearly set forth the changes proposed and the supporting rationale.

1.2.     1.2.     Definitions

1.2.1.     "Certification" means the determination that a legal entity is a

## MEMORANDUM OF UNDERSTANDING

woman, minority, or service-disabled-veteran-owned business enterprise.

1.2.2.  "Certified Diverse Supplier" means a Diverse Supplier that holds a Certification.

1.2.3.  "Commission" means the Public Service Commission of Maryland as provided for in the Public Utilities Companies Article of the Maryland Code.

1.2.4.  "Complaint" means a written objection (including an objection sent to a designated web page or email address used exclusively for the purpose of receiving such complaints), either to a decision not to utilize a Diverse Supplier or to a Diverse Supplier's treatment once it is selected by the Utility to perform a contract, which is directed to the Utility's executives or is referred to the Utility by the Commission.

1.2.5.  "Control" means exercising the power to make policy decisions.

1.2.6.a  "Diverse Supplier"  means any legal entity that is:

(i) organized to engage in commercial transactions;

(ii) at least 51% owned and Controlled by one or more individuals who are Socially and Economically Disadvantaged; and

(iii) managed by, and the daily business operations of which

## MEMORANDUM OF UNDERSTANDING

are Controlled by, one or more of the Socially and Economically Disadvantaged Individuals who own it.

1.2.6.b    "Diverse Supplier" includes a not for profit entity organized to promote the interests of physically or mentally disabled individuals.

1.2.7.    "Economically Disadvantaged Individual" means a Socially Disadvantaged Individual whose ability to compete in the free enterprise system has been impaired due to diminished capital and credit opportunities as compared to others in the same or similar line of business who are not socially disadvantaged.

1.2.8.    "Goal" means a target which, when achieved, indicates progress in a preferred direction. A Goal is neither a quota nor a set aside.

1.2.9.    "Long-term Goal" means a Goal applicable to a period of five (5) years.

1.2.10.    "Mid-term Goal" means a Goal applicable to a period of three (3) years.

1.2.11.    "Minority Business Enterprise" means that subset of Diverse Suppliers that are owned, Controlled, and managed by individuals included in Section 1.2.17(i)(1) -(4).

1.2.12.    "NAICS Codes" means the North American Industry Classification System. For purposes of this MOU, the Utility

## MEMORANDUM OF UNDERSTANDING

has agreed to utilize the three-digit NAICS Codes.

1.2.13.    "Operate" means being actively involved in the day-to-day

management and not merely acting as officers or directors.

1.2.14.    "Prime Contractor" means any party or person (who is not an

employee of the Utility) who enters into any agreement or

arrangement with a Utility for the furnishing of supplies or

services for the use of real or personal property, including lease

arrangements, which, in whole or in part, is necessary to the

performance of any one or more contracts.

1.2.15.    "Service Disabled Veteran Business Enterprise" means that

subset of Diverse Suppliers that are owned, Controlled, and

managed by individuals included in Section 1.2.17(i)(5).

1.2.16.    "Short-term Goal" means a Goal applicable to a period of

one (1) year.

1.2.17.    "Socially and Economically Disadvantaged Individual"

means a citizen or lawfully admitted permanent resident of the

United States who is:

(i) in any of the following minority groups:

1.        African-American – an individual having origins in

any of the black racial groups of Africa;

2.        American Indian/Native American – an individual

having origins in any of the original peoples of North

6

## MEMORANDUM OF UNDERSTANDING

America and who is a documented member of a North American tribe, band, or otherwise has a special relationship with the United States or a state through treaty, agreement, or some other form of recognition.  This includes an individual who claims to be an American Indian/Native American and who is regarded as such by the American Indian/Native American community of which the individual claims to be a part, but does not include an individual of Eskimo and Aleutian origin;

3.      Asian – an individual having origins in the Far East, Southeast Asia, or the Indian subcontinent, and who is regarded as such by the community of which the person claims to be a part:

4.      Hispanic – an individual of Mexican, Puerto Rican, Cuban, Central or South American or other Spanish culture or origin, regardless of race, and who is regarded as such by the community of which the person claims to be a part;

5.      Service Disabled Veteran: A veteran who possesses a disability rating letter issued by the Department of Veterans Affairs, establishing a service-connected rating between 0 and 100% or a disability determination from the Department of Defense; or

## MEMORANDUM OF UNDERSTANDING

6.     Women – a woman, regardless of race or ethnicity; or

(ii) otherwise found by a Third Party Certifying Agent to be a Socially and Economically Disadvantaged Individual.

1.2.18.    "Socially Disadvantaged Individual" means an individual who has been subjected to racial or ethnic prejudice or cultural bias within American society because of membership in a group and without regard to individual qualities. Social disadvantage must stem from circumstances beyond the control of the individual and is based on racial, ethnic, gender, religious or other orientation.

1.2.19.    "Subcontractor" means any party or person (who is not an employee of the Prime Contractor) who enters into any agreement or arrangement with a Prime Contractor:

(i) For the furnishing of supplies or services for the use of real or personal property, including lease arrangements, which, in whole or in part, is necessary to the performance of any one or more contracts; or

(ii) Under which any portion of the Prime Contractor's obligation under any one or more contracts is performed, undertaken or assumed.

## MEMORANDUM OF UNDERSTANDING

1.2.21.   "Third-Party Certification" means Certification by a Third Party Certifying Agent.

1.2.22.   "Third-Party Certifying Agent" means an entity that is included on the list maintained by the Commission pursuant to Section 2 of this MOU.

1.2.23.   "Women Business Enterprise" means that subset of Diverse Suppliers that are owned, Controlled, and managed by individuals included in Section 1.2.17(i)(6).

2.   **Certification**

2.1   The Commission shall establish and maintain a list of Third-Party Certifying Agents, which initial list is attached hereto as Schedule 2. In the event that the Utility wishes to propose an additional Third Party Certifying Agent to be added to this list, it shall submit the entity to the Commission, which shall determine whether to add the entity to said list. The Commission shall maintain the list on its website, so that any person may obtain the list of Commission-approved Third-Party Certifying Agents.

2.2   Except as provided by Section 2.2.1, 2.2.2 and 2.2.3, in order to qualify as a Diverse Supplier for purposes of this MOU, the Diverse Supplier must be certified by one of the Third Party Certifying Agents specified in Section 2.1. If the Commission includes more than one Third Party Certifying Agent on the list maintained pursuant to Section 2.1, the

## MEMORANDUM OF UNDERSTANDING

Diverse Supplier need only obtain Certification from one of the Third Party Certifying Agents in order to be a Certified Diverse Supplier for purposes of this MOU.

2.2.1     A business enterprise that has not obtained Certification from a Third Party Certifying Agent pursuant to Section 2.1 shall qualify as a Certified Diverse Supplier, provided that it certifies to the Utility, in writing and under penalties of perjury, that it meets the definition of a Diverse Supplier.  Unless Section 2.2.2 applies, this exemption from the requirements of Section 2.1 shall be limited to one year from the date of execution of the MOU, or the date of the first invoiced spend, whichever occurs later.

2.2.2     A business enterprise that receives less than $25,000 in annual gross revenues from the Utility that has not obtained Certification from a Third Party Certifying Agent pursuant to Section 2.1 shall qualify as a Certified Diverse Supplier, provided that it certifies to the Utility, in writing and under penalties of perjury, that it meets the definition of a Diverse Supplier.

2.2.3     A business enterprise that seeks to qualify as a Diverse Supplier pursuant to Section 1.2.6b shall qualify as a Certified Diverse Supplier, provided that it certifies to the Utility and under penalties of perjury, that it meets the definition outlined in Section 1.2.6b.

## MEMORANDUM OF UNDERSTANDING

2.3    In assessing the suitability of a Diverse Supplier to bid for procurement contracts, the Utility may require additional information or the completion of additional forms to comply with specific requirements created by the unique character of its business, such as insurance requirements, product and service codes, bonding limits, and so on. Additionally, the Utility may specify that it will only accept Certification from a specific Third Party Certifying Agent.

2.4.   A Third-Party Certifying Agent auditing and verification program shall preclude the need for the Utility to audit and verify the status of the Diverse Suppliers it does business with.

3.    **Utility Implementation**

The Utility's Diverse Supplier program shall be designed to ensure that Diverse Suppliers are encouraged to become potential suppliers of products and services to the Utility subject to this MOU. Nothing in this MOU requires the Utility to utilize set-asides, preferences, or quotas.

3.1.   Internal Utility Program Development

The Utility shall maintain a staff to provide overall Diverse Supplier program direction and guidance and to implement Diverse Supplier program requirements.

3.2.   External Outreach

The Utility shall implement an outreach program to inform and recruit Diverse Suppliers to apply for procurement contracts.

## MEMORANDUM OF UNDERSTANDING

3.2.1.   The outreach activities depend on the Utility's size, service territory, and specific lines of business. However, the Utility shall at a minimum:

(1)   Actively seek out opportunities to identify Diverse Supplier contractors and to expand Diverse Supplier source pools.

(2)   Actively support the efforts of organizations experienced in the field who promote the interests of Diverse Supplier contractors such as the National Minority Supplier Development Council, the Women's Business Enterprise National Council, the United States Hispanic Chamber of Commerce, the United States Black Chamber of Commerce, the Small Business Administration, the United States Pan-Asian Chamber of Commerce, and others.

(3)   Work with Diverse Supplier contractors to facilitate contracting relationships by explaining Utility qualification requirements, bid and contracting procedures, materials requirements, invoicing and payment schedules, and other procurement practices and procedures.

(4)   At the request of any unsuccessful Diverse Supplier

MEMORANDUM OF UNDERSTANDING

bidder, provide general information concerning the range of differences between the Diverse Supplier contractor's bid as contrasted with the successful bid. Information on additional selection criteria, such as warranty periods, maintenance costs, and delivery capability, shall be provided when requested if disclosure would not violate the proprietary nature of the specific contract element.  The Utility need not provide this information in the event that only two companies (including the Diverse Supplier) bid on the contract.

(5)    To the extent possible, make available to Diverse Supplier contractors lists of Utility purchase/contract categories which offer them the best opportunity for success.

(6)    When efficient or cost-effective, encourage employees involved in submitting specifications for Company procurements to unbundle and break apart purchases and contracts to accommodate the inclusion of Diverse Suppliers based on their capabilities.

(7)    Summarize the Company's Diverse Supplier Program in the Company's outreach and marketing program

## MEMORANDUM OF UNDERSTANDING

literature submitted to vendors and the business community.  Such summaries shall state that the Diverse Supplier will be furnished a complete copy of this MOU upon request.  Such summaries shall encourage the participation of Diverse Supplier as Prime Contractors and Subcontractors, where appropriate.

(8)     The Utility shall encourage all Prime Contractors to develop and maintain relationships with Diverse Supplier Subcontractors.

(9)     The Utility shall encourage cooperation between non-Diverse Supplier and Diverse Supplier contractors.

(10)    The Utility shall work to maximize the retention of Diverse Supplier contractors so that the Utility's procurement planning and supply chain management program articulates the Goal of building sustainable and reliable service delivery by the Diverse Supplier to the Utility or the Prime Contractor for the life of the contract.

MEMORANDUM OF UNDERSTANDING

3.3.   Subcontracting Program

The Utility shall establish and maintain a subcontracting program for the purpose of encouraging its Prime Contractors to utilize Diverse Supplier Subcontractors.

3.3.1.   The subcontracting program shall serve as an enhancement to, and not as a replacement for, the Utility's Diverse Supplier Prime Contractor outreach program.

3.3.2.   The subcontracting program shall apply to the following:

(1)   Purchases/contracts exceeding $550,000 for products and services;

(2)   Construction contracts exceeding $1,000,000; and

(3)   Purchases/contracts which offer Diverse Supplier subcontracting opportunities, regardless of value, when deemed appropriate by the Utility.

3.3.3.   The subcontracting program may be applied to the procurement of products manufactured for general consumption, such as paper, pens, and the like.

3.3.4.   The Utility shall encourage and assist, where reasonable, its Prime Contractors to develop plans to increase the utilization of Diverse Suppliers as Subcontractors. Prime contractors

## MEMORANDUM OF UNDERSTANDING

shall submit to the Utility plans that include Goals for the utilization of Diverse Supplier s as Subcontractors. These plans may be incorporated into the contract between the Utility and the Prime Contractor.

3.3.5.    The Utility is encouraged to incorporate in all purchase orders, requests for bid proposals, and other appropriate procurement documents related to procurement efforts subject to the subcontracting program, a statement similar to the following:

(1)    It is the policy of the Utility that Diverse Suppliers shall have the maximum practicable opportunity to participate in the performance of contracts. However, this policy shall not be used to exclude qualified non-Diverse Suppliers from participating in Utility contracting.

(2)    The awarded Prime Contractor shall agree to use his or her best efforts to carry out this policy in the award of subcontracts to the fullest extent consistent with the efficient performance of this contract.

3.3.6.    The Utility is encouraged to inform suppliers of products and services that suppliers' good faith efforts to subcontract with Diverse Supplier may be a factor that may be

# MEMORANDUM OF UNDERSTANDING

considered in the bid evaluation process. A statement to that effect may be included in all appropriate procurement documents.

3.3.7.   The Utility shall include in its annual plan a description of future plans for encouraging Prime Contractors to engage Diverse Supplier Subcontractors in all procurement categories covered by this MOU which provide subcontracting opportunities.

3.3.8.   The Utility shall include (as a separate category) spend with Diverse Supplier Subcontractors in its Annual Report.

4.   **Diverse Supplier Complaint Process**

4.1   The Utility shall maintain a process for receiving and reviewing Diverse Supplier procurement-related Complaints.

4.2.   The Commission notes that it does not exercise jurisdiction over the Diverse Supplier procurement-related Complaints.

5.   **Goals**

5.1   The Utility shall set substantial and verifiable Short-Term, Mid-Term, and Long-Term Goals for the utilization of Diverse Suppliers, keeping in mind that the Goal of this MOU is to facilitate and encourage the award of 25% to Diverse Suppliers of the total dollars spent on all Utility contracts, subcontracts and purchase orders covered by this MOU.  This goal-setting process shall include specific goals for Minority Business Enterprises,

## MEMORANDUM OF UNDERSTANDING

Women Business Enterprises, Service Disabled Veteran Enterprises and Not for Profit Workshops (under Section 1.2.6b).

5.1.1    The Utility and the Commission agree that natural gas procurement shall not be subject to the same Goals that are articulated by the Utility pursuant to Section 5.1.  However, the Utility shall set substantial and verifiable Short-Term, Mid-Term, and Long-Term Goals for the utilization of Diverse Suppliers for natural gas procurement.

5.1.2    When establishing initial minimum Long-Term Goals for the Utility's purchases of goods and services covered by this MOU, the Utility shall include not less than 56 % of the Long-Term Goal for Minority Business Enterprises, not less than 32 % of the Long-Term Goal for Women Business Enterprises, and not less than 12 % of the Long-Term Goal for Service Disabled Veteran Business Enterprises.

5.2.    The Utility shall consider the following factors in setting its Goals:

5.2.1.    Total Utility purchasing and/or contracting projections;

5.2.2.    Availability of Diverse Suppliers and competitiveness throughout the Utility's service territory and the United States;

5.2.3.    Market dynamics based on historical data and trends;

5.2.4.    Other appropriate factors which would increase the Diverse Suppliers' share of Utility business.

## MEMORANDUM OF UNDERSTANDING

5.3. The specification of initial Long-Term Goals in this section shall not prevent the Utility from seeking to reach the goals set by public agencies, which may establish objectives based upon the demographic composition of specific localities.

5.4 A Utility may only exclude those products and services, and the corresponding expenditures, contained on Schedule 1 to this MOU, from its total amount of dollars spent on procurement. Goods and services are included on Schedule 1 because they are non-sourceable, are subject to a regulated purchase process, or because the Utility has otherwise persuaded the Commission that it is appropriate to include those goods and services on Schedule 1.

5.4.1 Future proposed additions to Schedule 1 shall be made by the Utility and included at the Commission's discretion.

5.4.2 Annually, the Utility and the Commission shall review Schedule 1, for the express purpose of determining whether any of the goods and services should be removed from Schedule 1.

5.4.3 The Utility may exclude from its total amount of dollars spent on procurement any dollars spent on contracts in effect at the time of the execution of this MOU that have a remaining term of two or more years.

## MEMORANDUM OF UNDERSTANDING

5.5    In the event that the Utility purchases goods and services from its affiliates (which purchases are not included on Schedule 1), the Utility shall encourage the affiliate to establish an appropriate subcontracting program where such affiliate employs Subcontractors. In its annual report to the Commission, the Utility must state whether the affiliates have established a subcontracting program.

5.6.    Overall program Goals shall be expressed in dollar amounts and as a percentage of total dollars spent by the Utility on goods and services covered by this MOU.

5.7.    The Utility shall make special efforts to increase utilization and encourage entry into the marketplace of Diverse Suppliers in product or service categories where there has been low utilization of Diverse Suppliers, such as legal and financial services, and areas that are considered technical in nature.

5.8.    No penalty shall be imposed for failure of the Utility to meet and/or exceed Goals.

5.9.    The Utility shall report its Goals in its annual plan.

## 6.    Annual Report

6.1.    The Utility shall file its Annual Report on their Diverse Suppliers Program on the Commission's Executive Secretary, by March 31 of each year, beginning in 2010.

## MEMORANDUM OF UNDERSTANDING

6.2.    The Annual Report shall contain at least the following elements:

6.2.1.    A description of Diverse Supplier program activities engaged in during the previous calendar year. This description shall include both internal and external activities.

6.2.2.    a. An overall summary of total Diverse Supplier spend, with breakdowns by socially disadvantaged group, compared with total Utility dollars spent on goods and services covered by this MOU. See Attachment A-1 (Socially Disadvantaged Groups).

b. A summary of total Diverse Supplier spend by NAICS Code, with breakdowns by socially disadvantaged groups within each NAICS Code, compared with total Utility dollars spent within that NAICS Code on goods and services covered by this MOU. See Attachment A-2 (NAICS Codes).

c. A comparison of (1) the percentage of dollars spent with Minority Business Enterprises, Women Business Enterprises, and Service Disabled Veteran Enterprises compared with total Utility dollars spent on goods and services covered by this MOU with (2) the Goals for each type of business enterprise set pursuant to Section 5.1. See Attachment A-3 (Goal Comparison).

## MEMORANDUM OF UNDERSTANDING

d. Throughout this MOU, the Utility shall report its spend, such that each dollar spent may only be reported, and counted towards the goal, once. For example, dollars spent with minority women-owned business enterprises can be reported and counted toward either the minority-owned business enterprise Goal or the women-owned business enterprise Goal, but not toward both. Similarly, dollars spent with service disabled veteran business enterprises can be reported and counted either as service disabled veteran business enterprise procurement or the appropriate women or minority business enterprise Goal, but not toward both.

6.2.3.   An itemization of Diverse Supplier program expenses including salaries, outreach, etc., compared with total Utility dollars spent on general and administrative expenses. See Attachment B (Program Expenses). The salary information contained in Attachment B may be filed with the Commission confidentially.

6.2.4.   A description of progress in meeting or exceeding set Goals and an explanation of any circumstances that may have caused the Utility to fall short of its Goals. The Utility shall include a comprehensive discussion and detailed description of any efforts made to recruit Diverse Suppliers of products or

## MEMORANDUM OF UNDERSTANDING

services in areas that are traditionally underserved by Diverse Suppliers. The Utility may also explain in detail in its annual report how its ability to meet its Diverse Supplier Goals are affected because Diverse Suppliers capable of supplying certain products and services are unavailable or uncompetitive.

6.2.5.   A description of Prime Contractor utilization of Diverse Supplier Subcontractors.

6.2.6.   A list of Diverse Supplier procurement-related Complaints received during the past year, accompanied by a brief description of the nature of each Complaint and its resolution or current status.
See Attachment C (Complaints).

6.2.7.   A discussion of the Utility's review process for addressing Complaints.

6.2.8.   A list identifying each Diverse Supplier that received payment for contract service for the reporting year, the NAICS Code(s) for the services provided, and the dollar amount paid to the vendor for the reporting year. If the Diverse Supplier is certified pursuant to Sections 2.2.1, 2.2.2, or 2.2.3, that should be indicated, along with the

MEMORANDUM OF UNDERSTANDING

relevant Section under which the certification is effective and the date, if relevant, that the certification became effective. Attachment D may be filed confidentially with the Commission.

See Attachment D (Vendor List).

6.2.9.    A description of any efforts made to recruit Diverse Suppliers of products or services in NAICS Code categories where Diverse Supplier utilization has been low, such as legal, accounting, auditing, underwriting, technology, testing, research and development, construction, demolition, financial services, and other ventures areas that are considered highly technical in nature.

6.2.10.   Utilities shall retain all documents and data they rely on in preparing their Diverse Supplier annual report for the longer of either three years or in conformance with the utilities' individual document retention policies, and shall provide these documents and data to the Commission upon request.

6.3.    This MOU is not intended to permit erosion of Diverse Supplier programs and reporting presently engaged in by the Utility.

6.4.    Nothing in this MOU shall prohibit the Utility from breaking down specific categories further than presently required (for example, reporting dollars spent with Filipino Americans separately from those

### MEMORANDUM OF UNDERSTANDING

spent with Asian Pacific Americans, or reporting male and female results within minority-owned classifications).

6.5     On August 17, 2009, the Utility shall file an Interim Report on its Diverse Supplier Program on the Commission's Executive Secretary. The Interim Report shall provide an overall summary of total Diverse Supplier purchases, with breakdowns by socially disadvantaged grouping, compared with total Utility dollars spent on goods and services covered by this MOU, for the period from January 1, 2009 through June 30, 2009. See Attachment F (Interim Report). The Interim Report shall also include a discussion of the Utility's progress in tracking its spending with Diverse Suppliers under this MOU, as well as any problems it is encountering, or anticipates encountering, with filing its Annual Report or its Annual Plan.

7.     **Annual Plan**

The Utility shall file its Annual Plan, as described in this Section 7, on the Commission's Executive Secretary, forty-five (45) days following the beginning of their fiscal year, beginning in 2009.

7.1.     The Annual Plan shall contain at least the following elements:

7.1.1.     Short, Mid, and Long Term Goals set as required by Section 5, *supra*;

See Attachment E-1 Short Term

See Attachment E-2 Mid Term

See Attachment E-3 Long Term

## MEMORANDUM OF UNDERSTANDING

7.1.2.   A description of Diverse Supplier program activities planned for the next calendar year. This description shall include both internal and external activities;

7.1.3.   Plans for recruiting Diverse Suppliers of products or services where Diverse Supplier utilization has been low, such as legal and financial services, and areas that are considered highly technical in nature.

7.1.4a.  Plans for seeking and or recruiting Diverse Suppliers through efforts such as small business incubators for products or services that are traditionally underutilized.

7. 1.4b  Plans for seeking and or recruiting Diverse Suppliers of products or services where Diverse Suppliers are currently unavailable.

7.1.5    Plans for encouraging Prime Contractors to engage Diverse Suppliers in subcontracts in all categories which provide subcontracting opportunities.

7.1.6.   Plans for complying with the Diverse Supplier program guidelines established by the Commission.  The Commission's Staff will be responsible for developing, periodically refining, and recommending such guidelines for the Commission's adoption in an appropriate procedural forum.

## MEMORANDUM OF UNDERSTANDING

7.2    If the Utility achieves 25% of the total dollar spend for Company contracts, subcontracts, and purchase orders for products and services governed by this MOU by 2012, then for every year in which it continues to achieve at least 25%, it shall no longer be required to file an Annual Plan for the subsequent year. If the Utility falls below 25% of the total dollar spend for Company contracts, subcontracts, and purchase orders for products and services governed by this MOU, then it shall be required to file an Annual Plan for the following year.

8.    **Review; Report; Public Hearing**

8.1.    The Commission's Office of External Relations ("OER"), in conjunction with the Commission's Technical Staff (collectively, with OER, the "Staff"), may review of the Utility's Diverse Supplier Annual Report and Annual Plan not more than two years after the report is filed. Upon the request of the Staff, the Utility shall make available all source documents and reports used and relied upon in the production of the filed annual reports and answer all inquiries regarding its filed reports.   Upon completion of the review, a draft report of findings will be issued to the Utility.  Within 30 days of issuance of the draft report, a response is due from the Utility.

8.2    Within 10 days of receipt of the Utility's response, Staff will finalize its report and file it with the Commission.  In this report, Staff shall summarize the Utility's results and Goals for the applicable period as

MEMORANDUM OF UNDERSTANDING

well as the Utility's compliance with the MOU. The report will also include findings of the completed Diverse Supplier review.

8.3.    Following issuance of Report, the Commission may hold public hearings on the Utility's Annual Report and Annual Plan.

## 9.    Jurisdiction and Authority

The Utility has entered into this MOU voluntarily. Nothing herein will be construed as bestowing jurisdiction, not otherwise conferred by applicable law, upon the Commission in those subject areas encompassed by the MOU; nor will the signing of this MOU constitute or be construed as a waiver of their right to legally challenge the Commission's jurisdiction or statutory authority in the future should the Commission assert such jurisdiction or authority over the subject matter herein.

## 10.    No Additional or Private Rights Created

Nothing herein will be construed as creating, either directly or indirectly, a private right or remedy for any person not a party to this MOU. Furthermore, nothing herein will be construed as creating or imposing either directly or indirectly upon any party to this MOU, a legal or contractual duty or obligation not otherwise imposed by existing law.

## 11. Termination

As the Commission and the Utility have entered into this MOU voluntarily, either the Commission or the Utility may terminate this MOU at any time by providing written notice of such termination to the other. Notwithstanding any such termination of the MOU, if the Commission or the Utility obtained

# MEMORANDUM OF UNDERSTANDING

any confidential or otherwise proprietary information from the other through any process facilitated by the MOU prior to its termination, then the Commission or the Utility shall continue to preserve the confidentiality and proprietary nature of such information following the termination to the same extent as if the MOU had not been terminated.

12.    **Signatures**

This Memorandum of Understanding is entered into this 6th day of February, 2009, by the undersigned on behalf of the Maryland Public Service Commission and the Baltimore Gas & Electric Company.

Kenneth W. DeFontes
President and Chief Executive Officer
Baltimore Gas & Electric Company

Commissioners
Maryland Public Service
Commission

Schedule 1

**Non-sourceable Spend Categories:**

Board of Director's fees
Employee medical benefits
Employee tuition aid benefits
Employee benefits, other
Employee garnishments
Employee payroll
Employee reimbursements
Claims
Contributions
Electric power interchange
Energy rebates
Organization membership dues
Philanthropic contributions
Tax payments, all
Utilities, telephone, electricity, water
Voucher transfers
Business travel expenses
Permits and fees
Freight charges on invoices
Payments to government entities
Pipeline transmission
Purchases from affiliates
Natural gas capacity contracts
Dividend payments
Payments to subsidiary operations
Rail Transportation
Standard Offer Service Procurement
Purchase or lease of real property
Purchase of carbon credits
Network access or other communications intercarrier compensation (any mode)

Schedule 2

| STATE/ ASSOCIATION | CERTIFYING ORGANIZATION |
|---|---|
| Alabama | State of Alabama |
| Alabama | Birmingham Airport Authority |
| Alabama | South Regions Minority Business Council |
| Alaska | Alaska DOT |
| Arizona | State of Arizona |
| Arizona | City of Phoenix |
| Arizona | City of Tucson |
| Arizona | Arizona DOT |
| Arizona | Grand Canyon Minority Supplier Development Council |
| Arkansas | Arkansas DOT |
| Arkansas | State of Arkansas |
| Arkansas | Arkansas Department of Economic Development |
| Arkansas | Arkansas Regional Minority Supplier Development Council |
| California | California San Francisco Bay Area Rapid Transit (BART) |
| California | City of San Francisco |
| California | Los Angeles County |
| California | City of Los Angeles |
| California | Caltrans (California Unified Certification Program) |
| California | California Public Utilities Commission (CPUC) |
| California | Southern California Metropolitan Transit Authority (MTA) |
| California | Department of General Services Certified Disabled Veteran Enterprises |
| California | Southern California Minority Business Development Council |
| California | Northern California Supplier Development Council |
| California | Greater San Diego Business Development Council |
| Colorado | Regional Transportation District |
| Colorado | Colorado DOT |
| Colorado | City and County of Denver |
| Colorado | Rocky Mountain Minority Supplier Development Council |
| Connecticut | Connecticut Department of Administrative Services (DAS) |
| Connecticut | Connecticut DOT |

Schedule 2

| | |
|---|---|
| Connecticut | Connecticut Minority Supplier Development Council |
| Delaware | State of Delaware |
| Delaware | City of Wilmington |
| Florida | Miami-Dade County |
| Florida | City of Miami |
| Florida | State of Florida |
| Florida | South Florida Water Management District |
| Florida | City of Ft. Lauderdale |
| Florida | City of Tampa |
| Florida | Orange County |
| Florida | Duval County School District |
| Florida | Hillsborough County |
| Florida | Hillsborough County Aviation Authority at Tampa Airport |
| Florida | City of Tallahassee |
| Florida | City of Orlando |
| Florida | Greater Orlando Aviation Authority |
| Florida | Jacksonville Transportation Authority |
| Florida | Jacksonville Electric Authority |
| Florida | Jacksonville Port Authority |
| Florida | City of Jacksonville |
| Florida | Florida DOT |
| Florida | Florida Regional Minority Business Council (Miami) |
| Florida | Florida Minority Supplier Development Council (Orlando) |
| Florida | School Board of Broward County |
| Florida | Broward County |
| Florida | Alachua County |
| Florida | City of Jacksonville |
| Florida | Leon County |
| Florida | Palm Beach County |
| Florida | City of St. Petersburg |
| Georgia | Georgia DOT |
| Georgia | City of Atlanta |

Schedule 2

| | |
|---|---|
| Georgia | State of Georgia |
| Georgia | Fulton County |
| Georgia | Metropolitan Area Rapid Transit Authority (MARTA) |
| Georgia | Georgia Minority Supplier Development Council |
| Hawaii | Hawaii DOT |
| Idaho | Idaho DOT |
| Illinois | Chicago Minority Business Development Council |
| Illinois | State of Illinois (CMS) |
| Illinois | City of Chicago |
| Illinois | Cook County |
| Illinois | Chicago Transit Authority |
| Illinois | Pace Bus |
| Illinois | Illinois DOT |
| Indiana | City of Indianapolis |
| Indiana | State of Indiana |
| Indiana | City of Ft. Wayne |
| Indiana | Indiana Regional Minority Supplier Development Council |
| Iowa | Iowa DOT |
| Kansas | Kansas DOT |
| Kansas | Kansas Department of Commerce |
| Kentucky | City of Louisville |
| Kentucky | Commonwealth of Kentucky |
| Kentucky | Kentucky DOT |
| Louisiana | Louisiana/Dept. of Economic Development |
| Louisiana | Louisiana/Division of Small & Emerging Business Development |
| Louisiana | Louisiana Minority Business Council |
| Maine | Maine DOT |
| Maryland | Maryland DOT |
| Maryland | Anne Arundel County |
| Maryland | City of Baltimore |
| Maryland | Maryland/DC Minority Supplier Development Council |
| Massachusetts | Mass Housing |

Schedule 2

| | |
|---|---|
| Massachusetts | State of Massachusetts (SOWMBA) |
| Massachusetts | City of Boston |
| Massachusetts | City of Cambridge |
| Massachusetts | New England Supplier Development Council |
| Michigan | City of Detroit |
| Michigan | County of Kalamazoo |
| Michigan | Washtenaw County |
| Michigan | Michigan Minority Business Development Council |
| Michigan | Michigan DOT |
| Minnesota | City of Minneapolis |
| Minnesota | Minnesota United Certification Program |
| Minnesota | State of Minnesota |
| Minnesota | Minnesota Minority Supplier Development Council |
| Mississippi | Mississippi DOT/Unified Certification Program |
| Missouri | State of Missouri |
| Missouri | Missouri DOT |
| Missouri | City of St. Louis |
| Missouri | City of Kansas City |
| Missouri | St. Louis Minority Business Council |
| Missouri | Kansas City Minority Supplier Council |
| Missouri | Metro |
| Montana | Montana DOT |
| Nebraska | State of Nebraska |
| Nebraska | Nebraska Department of Economic Development |
| Nebraska | Nebraska Department of Roads |
| Nebraska | Great Plains Minority Supplier Development Council |
| Nevada | Nevada DOT |
| Nevada | Airport Authority of Washoe County |
| Nevada | Nevada Minority Purchasing Council |
| New Hampshire | New Hampshire DOT |
| New Jersey | Port Authority of New York and New Jersey |
| New Jersey | New Jersey DOT |

Schedule 2

| | |
|---|---|
| New Mexico | New Mexico State Highway and Transportation Department |
| New York | Port Authority of New York and New Jersey |
| New York | Suffolk County Women's Business Coalition |
| New York | State of New York |
| New York | Erie County/City of Buffalo Joint Certification |
| New York | Niagara Frontier Transportation Authority |
| New York | City of New York |
| New York | City of Buffalo-Office of Urban Initiatives |
| New York | Metropolitan Transportation Authority |
| New York | New York DOT |
| New York | Minority Supplier Development Council of New York and New Jersey |
| New York | Upstate New York Regional Minority Purchasing Council |
| North Carolina | City of Durham |
| North Carolina | City of Raleigh |
| North Carolina | City of Charlotte |
| North Carolina | City of Greensboro |
| North Carolina | Cumberland County |
| North Carolina | North Carolina DOT |
| North Carolina | State of North Carolina |
| North Carolina | Raleigh-Durham Airport Authority |
| North Carolina | Ashville-Buncombe Office of Minority Affairs |
| North Carolina | Carolinas Minority Supplier Development Councils |
| North Dakota | North Dakota DOT |
| Ohio | State of Ohio |
| Ohio | City of Cleveland |
| Ohio | Ohio DOT |
| Ohio | City of Columbus |
| Ohio | City of Cincinnati |
| Ohio | Greater Cleveland Regional Transit Authority |
| Ohio | South Central Ohio Minority Business Council |
| Ohio | Northern Ohio Minority Business Council |
| Oklahoma | Oklahoma DOT |

Schedule 2

| | |
|---|---|
| Oklahoma | Oklahoma Minority Supplier Development Council |
| Oregon | State of Oregon |
| Pennsylvania | Minority Supplier Development Council of PA-NJ-DE |
| Pennsylvania | Pittsburgh Regional Minority Purchasing Council |
| Pennsylvania | State of Pennsylvania |
| Pennsylvania | City of Philadelphia |
| Pennsylvania | Allegheny County |
| Pennsylvania | Pennsylvania DOT |
| Puerto Rico | Puerto Rico Supplier Development Council |
| Rhode Island | State of Rhode Island |
| SBA | SDB, 8A, HUB Zone, SDVet, Veteran (Pro-Net) |
| South Carolina | State of South Carolina |
| South Carolina | City of Charleston |
| South Carolina | South Carolina DOT |
| Tennessee | Tennessee DOT |
| Tennessee | Tennessee Minority Supplier Development Council |
| Texas | State of Texas HUB Program |
| Texas | North Central Texas Regional Certification Agency (NCTRCA) |
| Texas | City of Houston |
| Texas | City of Austin |
| Texas | City of Corpus Christi |
| Texas | Texas DOT |
| Texas | South Central Texas Regional Certification Agency (SCTRCA) |
| Texas | Dallas/Ft. Worth Minority Business Development Council |
| Texas | Houston Minority Business Council |
| Texas | Central & South Texas Minority Business Council |
| Utah | Utah DOT |
| Vermont | Vermont DOT |
| Virginia | Commonwealth of Virginia |
| Virginia | Virginia DOT |
| Virginia | City of Newport News |
| Virginia | City of Richmond |

Schedule 2

| | |
|---|---|
| Virginia | City of Hampton |
| Virginia | Virginia Minority Supplier Development Council |
| Washington | State of Washington |
| Washington | Northwest Minority Business Council |
| Washington D.C. | Washington Metropolitan Area Transit Authority |
| Washington D.C. | Washington Metro Airport Authority |
| West Virginia | State of West Virginia |
| Wisconsin | Milwaukee County |
| Wisconsin | Dept. of Administration/Dept. of Commerce |
| Wisconsin | City of Milwaukee |
| Wisconsin | Wisconsin DOT |
| Wisconsin | City of Madison |
| Wisconsin | Dane County |
| Wisconsin | Wisconsin Supplier Development Council |
| NMSDC | National Minority Supplier Development Council |
| WBENC | Women's Business Enterprise National Council |
| ASDV | Association for Service Disabled Veterans |

| | |
|---|---|
| Albany | City of Albany |
| ALDOT | Alabama Department of Transportation |
| Allegheny | Port of Allegheny County |
| Asheville | City of Asheville |
| Augusta | City of Augusta |
| CA Oakland | City of Oakland |
| CO OED | State of Colorado Office of Economic Development and International Trade |
| Contra Costa | Contra Costa County |
| CT DAS | State of Connecticut Department of Administrative Services |
| Cuyahoga | Cuyahoga County |
| DASNY | Dormitory Authority of the State of New York |
| DOTD | The State of Louisiana's Unified Certification Program |
| DRPA | Delaware River Port Authority |
| DTOP | Puerto Rico Highway and Transportation Authority |
| Evansville | Vanderburgh County/City of Evansville |
| Fort Worth | City of Fort Worth |
| Gainesville | City of Gainesville |

Schedule 2

| | |
|---|---|
| Genesee | Genesee County |
| Grand Rapids | City of Grand Rapids |
| Greenville | Greenville County Schools Building Program |
| Hartford | City of Hartford |
| HBCU | Historically Black Colleges & Universities |
| Howard | Howard County |
| Iowa TSB | State of Iowa Targeted Small Business Certification Program |
| Kalamazoo | City of Kalamazoo |
| Knox | Knox County |
| LA MTA | Los Angeles County Metropolitan Transportation Authority |
| LCPA | Lee County Port Authority |
| Lee | Lee County |
| LouisvilleMetro | Louisville Metro |
| MN MMD | Minnesota Department of Administration, Materials Management Division |
| MRCC | Missouri UCP |
| MS MDA | Mississippi Development Authority |
| New Orleans | City of New Orleans |
| Newport News | Newport News |
| NGLCC | National Gay Lesbian Chamber of Commerce |
| NJ UCP | New Jersey UCP |
| NNABD | National Native American Business Directory |
| North Broward | The North Broward Hospital District |
| Oakland | Port of Oakland |
| OHDAS | Ohio DAS Equal Opportunity |
| Ohio UCP | Ohio UCP |
| Omaha | City of Omaha |
| OMWBE | Washington State Office of Minority & Women's Business Enterprises |
| OMWESB | Oregon Office of Minority, Women, and Emerging Small Business |
| OSDBU | Office of Small and Disadvantaged Business Utilization |
| OSWD | Missouri Office of Administration, Office of Supplier and Worker Diversity |
| PA UCP | PA Unified Certification |
| PADGS | Pennsylvania Department of General Service |
| Palm Beach | THE SCHOOL DISTRICT OF PALM BEACH COUNTY |
| PANYNJ | The Port Authority of New York and New Jersey |
| RI | RI.gov |
| RIDOT | Rhode Island Department of Transportation |
| Sacramento | City of Sacramento |
| Savannah | City of Savannah |
| SBA | Small Business Administration 8(a) Program |
| scminoritybusiness.net | scminoritybusiness.net |
| SDDOT | South Dakota Department of Transportation |
| SDLBD | District of Columbia |

Schedule 2

| | |
|---|---|
| SEPTA | Southeastern Pennsylvania Transportation Authority |
| Shreveport | City of Shreveport |
| TN | Tennessee.gov |
| Tulsa | City of Tulsa |
| USDC | Utah Supplier Development Council |
| VA UCP | Virginia Unified Certification Program |
| VT DEC | Vermont Facilities Engineering Decision |
| WayneCounty | Wayne County,MI |
| Westchester | Westchester County |
| WIDOA | State of Wisconsin Department of Administration |
| Winston-Salem | City of Winston-Salem |
| WVSBDC | West Virginia Small Business Development Center |
| WYDOT | Wyoming Department of Transportation |
| VA | United States Department of Veteran's Affairs, Center for Veterans Enterprise |

Public Service Commission of Maryland
Supplier Diversity Annual Report of
Socially Disadvantaged Groups
(MOU Sec. 6.2.2)

ATTACHMENT A-1

UTILITY NAME: _____
FOR THE REPORTING YEAR: _____

| (A) LINE # | (B) DESCRIPTION | (C) DIRECT ($) | (D) SUB CONTRACT ($) | (E) DIVERSE SUPPLIER PROCUREMENT ($) COLS. (C) + (D) | (F) PERCENTAGE (%) OF DIVERSE SUPPLIER PROCUREMENT $ / TOTAL COL. (E) | (G) TOTAL UTILITY PROCUREMENT ($) | (H) PERCENTAGE (%) OF DIVERSE SUPPLIER ($) TO TOTAL UTILITY PROCUREMENT Col. (E) / Col. G |
|---|---|---|---|---|---|---|---|
| | MINORITY BUSINESS ENTERPRISE | | | | | | |
| 1 | AFRICAN-AMERICAN | $0 | $0 | $0 | 0.00% | | 0.00% |
| 2 | AMERICAN INDIAN/NATIVE AMERICAN | $0 | $0 | $0 | 0.00% | | 0.00% |
| 3 | ASIAN | $0 | $0 | $0 | 0.00% | | 0.00% |
| 4 | HISPANIC | $0 | $0 | $0 | 0.00% | | 0.00% |
| 5 | TOTAL MINORITY BUSINESS ENTERPRISE | $0 | $0 | $0 | 0.00% | | 0.00% |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | WOMEN BUSINESS ENTERPRISE | $0 | $0 | $0 | 0.00% | | 0.00% |
| 9 | | | | | | | |
| 10 | SERVICE DISABLED VETERAN BE | $0 | $0 | $0 | 0.00% | | 0.00% |
| 11 | | | | | | | |
| 12 | NOT FOR PROFIT WORKSHOPS | $0 | $0 | $0 | 0.00% | | 0.00% |
| 13 | | | | | | | |
| 14 | GRAND TOTAL | $0 | $0 | $0 | 0.00% | $0 | 0.00% |

Public Service Commission of Maryland
Supplier Diversity Annual Report of
NAICS Codes
(MOU Sec. 6.2.2)

ATTACHMENT A-2

UTILITY NAME:

FOR THE REPORTING YEAR:

RESULTS BY PRODUCT

| (A) LINE # | (B) NAICS # | (C) PRODUCT/SERVICE DESCRIPTIONS BY NAICS CODE [1,2] | (D) MINORITY BUSINESS ENTERPRISE | (E) WOMEN BUSINESS ENTERPRISE | (F) SERVICE DISABLED VETERAN BUSINESS ENTERPRISE | (G) NOT FOR PROFIT WORKSHOPS | (H) TOTAL DIVERSE SUPPLIER ($) BY NAICS CODE — COLS. (D), (E), (F), and (G) | (I) PERCENTAGE (%) TO TOTAL DIVERSE SUPPLIER ($) BY NAICS — $ / TOTAL COL. (H) | (J) TOTAL UTILITY PROCUREMENT | (K) PERCENTAGE OF DIVERSE SUPPLIER ($) TO TOTAL UTILITY PROCUREMENT — COL. (I) $ / TOTAL COL. (J) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | $ | $ | $ | $ | $ | % | $ | % |
| 1 | 236 | Construction of Buildings | $0 | $0 | $0 | $0 | $0 | 0.0000% | $0 | 0.00% |
| 2 | 237 | Heavy and Civil Engineering Construction | $0 | $0 | $0 | $0 | $0 | 0.0000% | $0 | 0.00% |
| 3 | 238 | Specialty Trade Contractors | $0 | $0 | $0 | $0 | $0 | 0.0000% | $0 | 0.00% |
| 4 | 441 | Motor Vehicle and Parts Dealers | $0 | $0 | $0 | $0 | $0 | 0.0000% | $0 | 0.00% |
| 5 | 444 | Building Material and Garden Equipment and Supplies Dealers | $0 | $0 | $0 | $0 | $0 | 0.0000% | $0 | 0.00% |
| 6 | 532 | Rental and Leasing Services | $0 | $0 | $0 | $0 | $0 | 0.0000% | $0 | 0.00% |
| 7 | 541 | Professional, Scientific, and Technical Services | $0 | $0 | $0 | $0 | $0 | 0.0000% | $0 | 0.00% |
| 8 | 561 | Administrative and Support Services | $0 | $0 | $0 | $0 | $0 | 0.0000% | $0 | 0.00% |
| 9 | 562 | Waste Management and Remediation Services | $0 | $0 | $0 | $0 | $0 | 0.0000% | $0 | 0.00% |
| 10 | | Other | $0 | $0 | $0 | $0 | $0 | 0.0000% | $0 | 0.00% |
| 11 | | | | | | | | | | |
| 12 | | Totals | $0 | $0 | $0 | $0 | $0 | 0.00% | $0 | 0.00% |
| 13 | | | | | | | | | | |
| 14 | | Footnotes: | | | | | | | | |
| 15 | 1 | NAICS Codes listed are subject to change | | | | | | | | |
| 16 | | | | | | | | | | |
| 17 | 2 | To the extent that disclosure of the contract amount dollars applies to only one vendor, the Utilitlty may confidentially report data for columns (D) through (K). | | | | | | | | |

Public Service Commission of Maryland
Supplier Diversity Annual Report of
Goal Comparison
(MOU Sec. 6.2.2)

**ATTACHMENT A-3**

UTILITY NAME:

FOR THE REPORTING YEAR:

| (A) LINE # | (B) DESCRIPTION | (C) CURRENT YEAR RESULTS (%) | (D) CURRENT YEAR GOALS (%) |
|---|---|---|---|
| 1 | MINORITY BUSINESS ENTERPRISE | 0.00% | 0.00% |
| 2 | | | |
| 3 | WOMEN OWNED BUSINESS ENTERPRISE | 0.00% | 0.00% |
| 4 | | | |
| 5 | SERVICE DISABLED VETERAN BUSINESS ENTERPRISE | 0.00% | 0.00% |
| 6 | | 0.00% | 0.00% |
| 7 | NOT FOR PROFIT WORKSHOPS | | |
| 8 | | | |
| 9 | TOTAL | 0.00% | 0.00% |

Public Service Commission of Maryland
Supplier Diversity Annual Report of
Program Expenses
(MOU Sec. 6.2.3)

**ATTACHMENT B**

| | UTILITY NAME: | | | | |
|---|---|---|---|---|---|
| | FOR THE REPORTING YEAR: | | | | |
| (A) | (B) | (C) | (D) | (E) | (F) |
| LINE # | EXPENSE CATEGORY | EXPENSE AMOUNT ($) | PERCENTAGE TO TOTAL PROGRAM EXPENSES | TOTAL UTILITY SPEND ON GENERAL AND ADMINISTRATIVE EXPENSES | PERCENTAGE ($) OF PROGRAM EXPENSES TO TOTAL UTILITY G&A EXPENSES |
| | | | Col. (C) $ / Total Col. (C) | | Col. (C) $ / Total Col. (E) |
| 1 | Employee Salary Expenses | $0 | 0.00% | | 0.00% |
| 2 | Other Employee Expenses | $0 | 0.00% | | 0.00% |
| 3 | Program Expenses | $0 | 0.00% | | 0.00% |
| 4 | Reporting Expenses | $0 | 0.00% | | 0.00% |
| 5 | Training | $0 | 0.00% | | 0.00% |
| 6 | Consultants | $0 | 0.00% | | 0.00% |
| 7 | Other Program Expenses (List) | $0 | 0.00% | | 0.00% |
| 8 | | $0 | 0.00% | | 0.00% |
| 9 | | $0 | 0.00% | | 0.00% |
| 10 | | $0 | 0.00% | | 0.00% |
| 11 | | $0 | 0.00% | | 0.00% |
| 12 | | $0 | 0.00% | | 0.00% |
| 13 | | $0 | 0.00% | | 0.00% |
| 14 | | $0 | 0.00% | | 0.00% |
| 15 | TOTAL EXPENSES | $0 | 0.00% | $0 | 0.00% |

Public Service Commission of Maryland
Supplier Diversity Annual Report of
Complaints
(MOU Sec. 6.2.5)

**ATTACHMENT C**

UTILITY NAME:

FOR THE REPORTING YEAR:

| (A) | (B) | (C) | (D) | (E) | (F) |
|-----|-----|-----|-----|-----|-----|
| LINE # | NAME OF COMPANY | FILING DATE OF COMPLAINT | NATURE OF COMPLAINT | RESOLVED YES OR NO | IF NO, PLEASE PROVIDE CURRENT STATUS |
| 1 | | | | | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |

Public Service Commission of Maryland
Supplier Diversity Annual Report of
Vendor Contracts
(MOU Sec. 6.2.8)

**ATTACHMENT D** [1]

**UTILITY NAME:**

**FOR THE REPORTING YEAR:**

| (A) | (B) | (C) | (D) | (E) |
|---|---|---|---|---|
| LINE # | VENDOR NAME | AMOUNT ($) | NAICS CODE | SELF-CERTIFIED: YES (Y) or NO (N) |
| 1 | | $0 | | |
| 2 | | $0 | | |
| 3 | | $0 | | |
| 4 | | $0 | | |
| 5 | | $0 | | |
| 6 | | $0 | | |
| 7 | | $0 | | |
| 8 | | $0 | | |
| 9 | | $0 | | |
| 10 | | $0 | | |
| 11 | | $0 | | |
| 12 | | $0 | | |
| 13 | | $0 | | |
| 14 | | $0 | | |
| 15 | | $0 | | |
| 16 | | $0 | | |
| 17 | | $0 | | |
| 18 | | $0 | | |
| 19 | | $0 | | |
| 20 | | $0 | | |
| 21 | | $0 | | |
| 22 | | $0 | | |
| 23 | | $0 | | |
| 24 | | $0 | | |
| 25 | | $0 | | |
| 26 | | $0 | | |
| 27 | | | | |
| 28 | | | | |
| 29 | | | | |
| 30 | | | | |
| Total | | $0 | | |

Footnotes:
1  To the extent that disclosure of the contract amount dollars applies to only one vendor, the Utility may confidentially report data for columns (B) through (E).

Public Service Commission of Maryland
Supplier Diversity Annual Report of
Interim Report
(MOU Sec. 6.5)

ATTACHMENT F

UTILITY NAME: 

INTERIM REPORTING FOR THE PERIOD ENDED: 

| (A) LINE # | (B) DESCRIPTION | (C) DIRECT ($) | (D) SUB CONTRACT ($) | (E) DIVERSE SUPPLIER PROCUREMENT ($) Cols. (C) + (D) | (F) PERCENTAGE (%) OF DIVERSE SUPPLIER PROCUREMENT $ / Total Col. (E) | (G) TOTAL UTILITY PROCUREMENT ($) | (H) PERCENTAGE (%) OF DIVERSE SUPPLIER SPEND TO TOTAL UTILITY PROCUREMENT Col. (E) Line Item / Col. (G) Total |
|---|---|---|---|---|---|---|---|
| 1 | MINORITY BUSINESS ENTERPRISE | $0 | $0 | $0 | 0.00% | | 0.00% |
| 2 | | | | | | | 0.00% |
| 3 | WOMEN BUSINESS ENTERPRISE | $0 | $0 | $0 | 0.00% | | 0.00% |
| 4 | | | | | | | 0.00% |
| 5 | SERVICE DISABLED VETERAN BE | $0 | $0 | $0 | 0.00% | | 0.00% |
| 6 | NOT FOR PROFIT WORKSHOPS | $0 | $0 | $0 | 0.00% | | 0.00% |
| 7 | | | | | | | |
| 8 | | | | | | | |
| 9 | TOTALS | $0 | $0 | $0 | 0.00% | $0 | 0.00% |

Public Service Commission of Maryland
Supplier Diversity Annual Report of
Short-Term Goals
(MOU Sec. 7.1)

**ATTACHMENT E-1**

**UTILITY NAME:**

**FOR THE REPORTING YEAR:**

| (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) |
|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| YEAR | MINORITY BUSINESS ENTERPRISE | WOMEN BUSINESS ENTERPRISE | SERVICE DISABLED VETERAN BUSINESS ENTERPRISE | NOT FOR PROFIT WORKSHOP | (\$) TOTAL | (%) TOTAL BY SPEND | TOTAL UTILITY PROCUREMENT (\$) | PERCENTAGE (%) OF DIVERSE SUPPLIER SPEND TO TOTAL UTILITY PROCUREMENT |
| | % | % | % | % | \$ | % | \$ | % |
| | | | | | 0 | 0.00% | | 0.00% |

Public Service Commission of Maryland
Supplier Diversity Annual Report of
Mid-Term Goals
(MOU Sec. 7.1)

ATTACHMENTE E-2
UTILITY NAME:
FOR THE REPORTING YEAR:

| (A) | (B) | (C) | (D) | (E) | (F) | (G) | (H) | (I) |
|---|---|---|---|---|---|---|---|---|
| YEAR | MINORITY BUSINESS ENTERPRISE | WOMEN BUSINESS ENTERPRISE | SERVICE DISABLED VETERAN BUSINESS ENTERPRISE | NOT FOR PROFIT WORKSHOP | ($) TOTAL | (%) TOTAL BY SPEND | TOTAL UTILITY PROCUREMENT ($) | PERCENTAGE (%) OF DIVERSE SUPPLIER SPEND TO TOTAL UTILITY PROCUREMENT |
| | % | % | % | % | $ | % | $ | % |
| | | | | | 0 | 0.00% | | 0.00% |

Public Service Commission of Maryland
Supplier Diversity Annual Report of
Long Term Goals
(MOU Sec. 7.1)

**ATTACHMENT E-3**
**UTILITY NAME:**
**FOR THE REPORTING YEAR:**

| (A) YEAR | (B) MINORITY BUSINESS ENTERPRISE | (C) WOMEN BUSINESS ENTERPRISE | (D) SERVICE DISABLED VETERAN BUSINESS ENTERPRISE | (E) NOT FOR PROFIT WORKSHOP | (F) ($) TOTAL | (G) (%) TOTAL BY SPEND | (H) TOTAL UTILITY PROCUREMENT ($) | (I) PERCENTAGE (%) OF DIVERSE SUPPLIER SPEND TO TOTAL UTILITY PROCUREMENT |
|---|---|---|---|---|---|---|---|---|
| | % | % | % | % | $ | % | $ | % |
| | | | | | 0 | 0.00% | | 0.00% |
| | | | | | | | | |
| | | | | | | | | |

G:\Excel\PC 16 Reporting Templates.JanuaryFINAL.xls