# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| GENERAL ENGINEERING AND <br> TECHNICAL SUPPORT SERVICES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BALTIMORE GAS AND ELECTRIC, *et al.*, <br><br> Defendants. | * <br> * <br> * <br> *     Civil Action No. 8:18-cv-00124-PX <br> * <br> * |

***

## MEMORANDUM OPINION AND ORDER

Pending before the Court is Arthur G. Wilson's motion to withdraw as attorney for Plaintiffs. ECF No. 47. Pursuant to Local Rule 101.2.a, Mr. Wilson's motion is GRANTED as to the individual Plaintiffs. Mr. Wilson shall be STRICKEN from the records as counsel for Plaintiffs Herbert Fuller and Walter Fuller in the above-captioned matter.

As for the corporate Plaintiff, General Engineering and Technical Support Services ("GETSS"), corporations "must be represented by counsel." Loc. R. 101.1.a. Mr. Wilson's withdrawal will leave GETSS without counsel, which may result in the entry of default judgment against GETSS or dismissal of GETSS from the case. *See Allied Colloids, Inc. v. Jadair, Inc.*, No. 96-2078, 139 F.3d 887 (Table), 1998 WL 112719, at *1 (4th Cir. Mar. 16, 1998). Accordingly, pursuant to Local Rule 101.2.b, the Court GRANTS Mr. Wilson's motion as to GETSS, but STAYS the effect of this ruling for **30 days**. On April 8, 2019, Mr. Wilson shall be STRICKEN from the records as counsel for Plaintiff GETSS in the above-captioned matter. GETSS must obtain new counsel on or before **April 8, 2019**. Failure to obtain replacement counsel may result in dismissal of this matter as to GETSS without further notice to the parties.

The Court notes this is the second set of counsel who have withdrawn from representing

Plaintiffs.  The Court is strongly disinclined to entertain any further continuances of the previously set discovery and motions pleading deadlines.

The Clerk shall MAIL copies of this Memorandum Opinion and Order to Plaintiffs, Arthur Wilson, and counsel for Defendants.

March 7, 2019  
Date

____/S/_____  
Paula Xinis  
United States District Judge